**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

BRANDON BURTON                                        PLAINTIFF

v.                                               NO. 3:07CV57-M-D

MCCF/GEO GROUP, INC.                                DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated July 18, 2008, and the July 30, 2008, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 18, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That all of the plaintiff's claims are hereby **DISMISSED** with prejudice.

3. That this case is **CLOSED.**

THIS, the 1st day of August, 2008.

                                                **/s/ MICHAEL P. MILLS**
                                                **CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**
                                                **NORTHERN DISTRICT OF MISSISSIPPI**